IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., </br></br>Plaintiffs,</br></br>v.</br></br>EDUCATION MANAGEMENT CORP., et al.,</br></br>Defendants. | Civil Action No. 07-461</br></br>Judge McVerry |

**APPENDIX OF EXHIBITS TO PLAINTIFFS' MOTION PURSUANT TO FED. R. CIV. P. 56(d) TO DENY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (CONTAINS MATERIAL DESIGNATED CONFIDENTIAL)**

Exhibit A …………………………………  October 2, 2012 Case Management Conference Transcript Excerpts

Exhibit B …………………………………  Defendants' April 18, 2013 Opposition to Plaintiffs' Motion to Compel

Exhibit C …………………………………  Exhibit A to Defendants' April 18, 2013 Opposition to Plaintiffs' Motion to Compel

Exhibit D …………………………………  Declaration of Christy C. Wiegand

Exhibit E …………………………………  Exhibit A to Defendants' December 31, 2013 Letter to Plaintiffs **(Contains Material Designated Confidential; Filed Under Seal)**

Exhibit F …………………………………  Defendants' April 15, 2014 Letter to Plaintiffs

Exhibit G ……………………………………  December 19, 2013 Mark Miko Deposition Transcript Excerpts **(Contains Material Designated Confidential; Filed Under Seal)**

Exhibit H ……………………………………  Plaintiffs' November 22, 2013 Letter to Defendants

Exhibit I ……………………………………  Defendants' September 13, 2012 Letter to Plaintiffs

Exhibit J ……………………………………  Defendants' September 14, 2012 Letter to Plaintiffs

Exhibit K ……………………………………  Defendants' January 28, 2014 Letter to Plaintiffs

Exhibit L ……………………………………  Plaintiffs' December 23, 2013 Letter to Defendants

Exhibit M …………………………………...  Plaintiffs' January 15, 2014 Letter to Defendants

Exhibit N …………………………………...  Plaintiffs' January 22, 2014 Letter to Defendants

Exhibit O ..……………………………………  Plaintiffs' March 10, 2014 Reply in Support of their Motion to Enforce Report & Recommendation No. 4

Exhibit P ……………………………………  Plaintiffs' February 24, 2014 Motion to Enforce Report & Recommendation No. 4 **(Contains Material Designated Confidential; Filed Under Seal)**

| | |
|---|---|
| Exhibit Q ………………………………… | Plaintiffs' March 20, 2014 Letter Concerning New Evidence Related to their Motion to Enforce Report & Recommendation No. 4 |
| Exhibit R ………………………………… | Plaintiffs' February 24, 2014 Motion to Compel the Production of Documents From Defendants' Backup Tapes **(Contains Material Designated Confidential; Filed Under Seal)** |
| Exhibit S ………………………………… | Plaintiffs' March 27, 2014 Reply in Support of Motion to Compel the Production of Documents From Defendants' Backup Tapes **(Contains Material Designated Confidential; Filed Under Seal**) |
| Exhibit T ………………………………… | Defendants' March 3, 2014 Opposition to Plaintiffs' Motion to Enforce Report & Recommendation No. 4 |
| Exhibit U ………………………………… | Defendants' March 12, 2014 Opposition to Plaintiffs' Motion to Compel Production of Defendants' Backup Tapes |
| Exhibit V ………………………………… | Exhibit O to Plaintiffs' March 27, 2014 Reply in Support of Motion to Compel the Production of Documents From Defendants' Backup Tapes |
| Exhibit W ……...……………………… | Plaintiffs' April 10, 2014 Letter to Defendants |
| Exhibit X ……...……………………… | EDMC-WASH-05858760 **(Contains Material Designated Confidential; Filed Under Seal)** |