IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 2:07-cv-00461-TFM |
| v. | ) Hon. Terrence F. McVerry |
| EDUCATION MANAGEMENT CORPORATION, *et al.*, | ) Electronically Filed Document |
| Defendants. | ) |

## **ORDER**

AND NOW, this _____ day of July, 2016, upon consideration of the Unopposed Motion for Extension of Time to File Protective Order, the motion is GRANTED. The period set forth in Paragraph 7 of the Protective Order Governing Confidential Material (Doc. 257) is hereby extended 60 days to and including September 20, 2016 for EDMC or any other party to file a motion for protective order.

_____, S.J.

NAI-1501595875v1