IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | ) |
| Plaintiffs | ) |
| | ) Civil Action No. 2:07-cv-00461-NBF |
| v. | ) |
| | ) Honorable Nora Barry Fischer |
| EDUCATION MANAGEMENT | ) |
| CORPORATION, *et al.*, | ) Electronically Filed Document |
| | ) |
| Defendants. | ) |
| | ) |

**RESPONSE TO PROJECT ON PREDATORY STUDENT LENDING'S MOTION FOR CLARIFICATION OR MODIFICATION OF PROTECTIVE ORDER**

Plaintiff Office of the Attorney General, State of Florida, Department of Legal Affairs (the "Florida Attorney General"), hereby files its Response to the Project on Predatory Student Lending's ("Project") Motion for Clarification or Modification of Protective Order. The Florida Attorney General does not take a position on the Project's Motion for Clarification or Modification of Protective Order.[1]

Dated:  February 3, 2017        Respectfully submitted,

                PAMELA JO BONDI
                Attorney General

---

[1] Notwithstanding this Response, the Florida Attorney General does not concur with the Project's assertion in its Motion for Clarification or Modification of Protective Order that the Project's requested records are likely to be accessible under the public records statutes of Florida. Project's Mot. For Clarification, ECF Doc. 459 at 12 n.4.

1

        State of Florida

        /s/ *Robert R. Edelman*
        Robert Edelman, Esq.
        Assistant Attorney General
        Bar No. FL 48589
        1300 Riverplace Blvd., Suite 405
        Jacksonville, FL  32207
        Tel.: (904) 348-2720
        Fax: (904) 858-6918
        Service e-mail: oag.ec.jax@myfloridalegal.com
        Corres. email: robert.edelman@myfloridalegal.com

        *Counsel for Office of the Attorney General,*
        *State of Florida, Department of Legal Affairs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2017, the foregoing Response to the Project on Predatory Student Lending's Motion for Clarification or Modification of Protective Order was filed using the Court's CM/ECF system, such that notice of this filing will be furnished electronically to counsel of record in this matter.

        /s/ *Robert R. Edelman*
        Robert R. Edelman

2